Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISION

| | |
|---|---|
| FLOGROWN, LLC | Case No.: 0:17-cv-60632-FAM |
| Plaintiff, | **CIVIL DIVISION** |
| vs. | **DISTRICT JUDGE FEDERICO A. MORENO** |
| DIXIE HERITAGE, LLC; ASHER TORGEMAN; ALBERT TOURGEMAN, | |
| Defendants. | **NOTICE OF APPEARANCE** |

COLEMAN W. WATSON, ESQ., from the law firm of WATSON LLP, hereby files this notice of appearance as counsel on behalf of Defendants, DIXIE HERITAGE, LLC; ASHER TORGEMAN; and ALBERT TOURGEMAN, in the above-captioned matter. The undersigned requests to be added as counsel of record for Defendants, and henceforth be served with a copy of all record activity in this proceeding.

**DATED** on April 11, 2017

Respectfully submitted,

*/s/ Coleman W. Watson*
**Coleman W. Watson, Esq.**

NOTICE OF APPEARANCE- 1
Case No.: 0:17-cv-60632-FAM

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Defendants,*
DIXIE HERITAGE, LLC; ASHER TORGEMAN; ALBERT TOURGEMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2017, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

**Andrew S. Rapacke, Esq.**
**The Rapacke Law Group, P.A.**
618 East South Street, Suite 500
Orlando, FL 32801
Email: andy@arapackelaw.com

      */s/ Coleman W. Watson*
      Coleman W. Watson, Esq.

NOTICE OF APPEARANCE- 2
Case No.: 0:17-cv-60632-FAM

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688