1

2

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. LAUDERDALE DIVISION

| | |
|---|---|
| 4  FLOGROWN, LLC | § Case No.: 0:17-cv-60632-FAM |
| | § |
| 5        Plaintiff, | § **CIVIL DIVISION** |
| | § |
| 6        vs. | § **DISTRICT JUDGE** |
| | § **FEDERICO A. MORENO** |
| 7  DIXIE HERITAGE, LLC; ASHER | § |
| 8  TORGEMAN; ALBERT TOURGEMAN, | § |
| | § **DECLARATION OF** |
| 9        Defendants. | § **YENISET TORGEMAN** |
| | § **IN SUPPORT OF MOTION TO DISMISS** |
| 10 | § **COMPLAINT FOR IMPROPER VENUE** |
| | § |
| 11 | § |

12

13

I, YENI TORGEMAN, hereby declare and affirm as follows:

14

    1.     My name is Yeniset Torgeman, and I am over 18 years of age. I have never been convicted of a felony or a crime of moral turpitude.

15

16

    2.     I am under no legal disability and I am fully competent to make this Declaration.

17

    3.     I have personal knowledge of the facts herein, and I am authorized to make this Declaration in support of Dixie's motion to dismiss for improper venue in this case.

18

19

    4.     I am one of the managers of Dixie.

20

    5.     I have reviewed the complaint in the above-styled case, specifically, in reference to the allegation that Dixie has multiple retail outlets throughout Florida. This is not accurate. The only retail outlets that Dixie is affiliated with are located in Melbourne, Lakeland, Oviedo, and Sanford, Florida. Dixie has no retail outlets, at all, located within the geographic boundaries of the Southern District of Florida.

21

22

23

24

25

DECLARATION OF YENISET TORGEMAN IN SUPPORT OF
MOTION TO DISMISS COMPLAINT- 1
Case No.: 0:17-cv-60632-FAM

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

6.      Dixie launched its website in January 2017, and since that time has only received a total of four website-based orders.  The consumers underlying these orders were located in Wisconsin, Illinois, Florida, and Michigan.  The Florida consumer was located in Oviedo, Florida.

7.      All of Dixie's employees, staff, and inventory are located within the geographic boundaries of the Middle District of Florida.  In addition, in Dixie's prior dealings with the Plaintiff in this proceeding, all of such dealings occurred within the Middle District of Florida.

I DECLARE under penalty of perjury that the foregoing is true and correct.

**EXECUTED** on May 1, 2017

*Yeniset Torgeman*
Yeniset Torgeman (May 1, 2017)
**Yeni Torgeman**

DECLARATION OF YENISET TORGEMAN IN SUPPORT OF
MOTION TO DISMISS COMPLAINT- 2
Case No.:  0:17-cv-60632-FAM

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688