Ronika Bell-Carter, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
ronika@watsonllp.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FLOGROWN, LLC | Case No.: 6:17-cv-00983-GKS-GJK |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| DIXIE HERITAGE, LLC; ASHER TORGEMAN; ALBERT TOURGEMAN, | |
| Defendants. | |

  RONIKA BELL-CARTER, ESQ., from the law firm of WATSON LLP, hereby files this notice of appearance as counsel on behalf of Defendants, DIXIE HERITAGE, LLC; ASHER TORGEMAN; and ALBERT TOURGEMAN, in the above-captioned matter.  The undersigned requests to be added as counsel of record for Defendants, and henceforth be served with a copy of all record activity in this proceeding.

**DATED** on June 1, 2017

                              Respectfully submitted,

                              */s/ Ronika Bell-Carter*
                              **Coleman W. Watson, Esq.**
                              Florida Bar. No. 0087288

NOTICE OF APPEARANCE- 1
Case No.:  6:17-CV-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com
**Ronika J. Bell-Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com
docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
T:   407.377.6634
F:   407.377.6688

*Attorneys for Defendants,*
DIXIE HERITAGE, LLC; ASHER
TORGEMAN; ALBERT TOURGEMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2017, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

**Andrew S. Rapacke, Esq.**
**The Rapacke Law Group, P.A.**
618 East South Street, Suite 500
Orlando, FL 32801
Email:  andy@arapackelaw.com

*/s/ Ronika Bell-Carter*
Ronika Bell-Carter, Esq.

NOTICE OF APPEARANCE- 2
Case No.:  6:17-CV-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688