Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| FLOGROWN, LLC | § | |
| | § | |
| | § | |
| Plaintiff, | § | Case No.:  6:17-cv-00983-GKS-GJK |
| | § | |
| vs. | § | |
| | § | |
| DIXIE HERITAGE, LLC, ASHER | § | **DEFENDANTS' CERTIFICATE OF** |
| TORGEMAN; ALBERT TOURGEMAN, | § | **INTERESTED PERSONS** |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

Defendants, DIXIE HERITAGE, LLC, ASHER TORGEMAN, and ALBERT

TOURGEMAN, hereby disclose the following pursuant to this court's interested persons

order:

1.      The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in the outcome of this action

– including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded

companies that own 10% or more of a party's stock, and all other identifiable legal

entities related to any party in the case:

**Watson LLP**

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS-
1
Case No.:  6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

**Coleman Watson**

**Jessica Zambrano**

**Dixie Heritage, LLC**

**Asher Torgeman**

**Albert Tourgeman**

**Yeniset Torgeman**

**The Rapacke Law Group, P.A.**

**Andrew Rapacke**

**Flogrown, LLC**

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Dixie Heritage, LLC**

**Asher Torgeman**

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS-
2
Case No.:  6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

**Albert Tourgeman**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the court in writing on learning of any such conflict.

**DATED** on June 10, 2017

Respectfully submitted,

*/s/ Coleman W. Watson*

**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
　　　 docketing@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Defendants,*
DIXIE HERITAGE, LLC, ASHER
TORGEMAN; ALBERT TOURGEMAN

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS-
3
Case No.:  6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

3

I HEREBY CERTIFY that on June 10, 2017, pursuant to Fed. R. Civ. P. 5, I

4 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this

5 proceeding:

6 **Andrew S. Rapacke, Esq.**
   **The Rapacke Law Group, P.A.**

7 618 East South Street, Suite 500
   Orlando, FL 32801

8 Email:  andy@arapackelaw.com

9

10                                                   */s/ Coleman W. Watson*
                                                     Coleman W. Watson, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS-4

Case No.:  6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688