Coleman W. Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FLOGROWN, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>DIXIE HERITAGE, LLC, ASHER TORGEMAN; ALBERT TOURGEMAN,<br><br>    Defendants. | Case No.: 6:17-cv-00983-GKS-GJK<br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS** |

Defendants, DIXIE HERITAGE, LLC, ASHER TORGEMAN, and ALBERT TOURGEMAN, pursuant to M.D. Fla. R. 1.04(d), certify that the instant action:

__X__ **IS**     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Flogrown, LLC v. Dixie Heritage, LLC, et al.*, Case No. 17-60632 (S.D. Fla.) – terminated

*Flogrown, LLC v. Dixie Heritage, LLC*, Case No. 2017-SC-000384 (Fla. 18th Jud. Cir.)

*State of Florida v. Torgeman*, Case No. 53-2017-MM-002788-A000-LD (Fla. 10th Jud. Cir.)

DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS- 1
Case No.: 6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*State of Florida v. Tourgeman*, Case No. 53-2017-MM-002789-A000-LD (Fla. 10th Jud. Cir.)

\_\_\_\_ IS NOT    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

**DATED** on June 10, 2017

        Respectfully submitted,

*/s/ Coleman W. Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
      docketing@watsonllp.com
**Ronika J. Carter, Esq.**
Florida Bar No. 0122358
Email: ronika@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

*Attorneys for Defendants,*
DIXIE HERITAGE, LLC, ASHER TORGEMAN; ALBERT TOURGEMAN

DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS- 2
Case No.: 6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2017, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the following lead counsel of record in this proceeding:

**Andrew S. Rapacke, Esq.**
**The Rapacke Law Group, P.A.**
618 East South Street, Suite 500
Orlando, FL 32801
Email: andy@arapackelaw.com

*/s/ Coleman W. Watson*
Coleman W. Watson, Esq.

DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS- 3
Case No.: 6:17-cv-00983-GKS-GJK

**WATSON LLP**
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Tel: (407) 377-6634 / Fax: (407) 377-6688