UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FLOGROWN, LLC, | § |
| | §  CASE NO.: 6:17-cv-00983-GKS-GJK |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| DIXIE HERITAGE, LLC, | § |
| ASHER TORGEMAN, and | § |
| ALBERT TOURGEMAN, | § |
| | § |
| Defendants. | § |
| | § |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I, BENJAMIN LEE BEDRAVA, of The Rapacke Law Group, P.A., am admitted or otherwise authorized to practice in this Court, and I hereby appear in this case as counsel for Plaintiff, FLOGROWN, LLC, and request all further papers filed in this case be henceforth provided to the undersigned.

Dated: June 29, 2017                                                     Respectfully Submitted,

By: /s/ Benjamin Lee Bedrava
Benjamin Lee Bedrava, Esquire
*Attorney for Plaintiff*
**THE RAPACKE LAW GROUP, P.A.**
**Florida Bar No: 0113804**
1836 N. Pine Island Road
Plantation, FL 33322
Telephone: (954) 533-4396
Facsimile:  (954) 206-0484
Email ben@arapackelaw.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Benjamin Lee Bedrava
Benjamin Lee Bedrava, Esq.
*Attorney for Plaintiff*