

**TJ**
Active 43 minute...



## TJ Hoffmann

You're friends on Facebook

Works at Tricor International

Lives in Orlando, Florida

NOV 29 AT 1:06 PM

> Hi TJ. Hope you are doing well.

> Remember last year when Jesse from the Brand FloGrown contacted you about opening a location in Oviedo... do you remember if it was near Christmas and did he tell you we were selling counterfeit?

NOV 29 AT 1:48 PM

> Hi there! I do no think he said you were selling anything counterfeit. Matthew Morris was however. What a trip he is.

NOV 29 AT 2:45 PM

> Wait, who is Matthew?
DIXIE110



**TJ**
Active 43 minute...

> Wait, who is Matthew?

> So Jesse only contacted you to open a Flogrown store



yes. I Matthew has Luckless Clothing. He did not mention you but it was brief phone call over a year ago.

> Oh... that guy! Lol

> We left Oviedo a month ago

> Jesse had contacted Crystal at Sanford and told her that he wanted to open there; when she refused him, she asked him why he wants to... he said because all of our stuff was counterfeit... insane!

> In any event, I wanted to know what he had said to you.



I saw you left. Ya sorry I can not be of more help.

> It is okay