17-1727   Supplement No
**ORIG**

# LAKELAND POLICE DEPARTMENT



219 N. MASSACHUSETTS AVENUE
LAKELAND, FL 33801

Reported Date
**01/27/2017**
Incident Type
**COUNTERFEITING S73**
Member#

Phone
**(863) 834-6900**
Fax
**(863) 834-6931**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|
| **LAKELAND POLICE DEPARTMENT** | | **17-1727** | **ORIG** | **01/27/2017** | | **19:40** |
| CAD Call No | Status | | Incident Type | | | |
| **170240141** | **Report To Follow** | | **Counterfeiting** | | | |
| Location | | | | | | City |
| **3800 HWY 98 N** | | | | | | **Lakeland** |
| ZIP Code | Beat | District | Sector | From Date | From Time | To Date | To Time |
| **33809** | **BA** | **NW** | **14** | **01/27/2017** | **19:40** | **01/27/2017** | **19:40** |
| Member# | | | | Assignment **78** | Entered By | Assignment **78** | RMS Transfer **Successful** |
| Prop Trans Stat **Successful** | Approving Officer | | | Approval Date **02/24/2017** | | Approval Time **12:52:59** | Attempted |
| # Offenses **1** | Offense **831.03(1)(B)** | | | Description **Counterfeiting of Pr** | | | |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| **SUS** | **ARR** | **1** | **TORGEMAN, ASHER** | | **W** | **M** |
| DOB **01/29/1970** | | | | | | |
| **VIC** | **VIC** | **1** | **FLOGROWN LLC** | | | |
| DOB | | | | | | |
| **VIC** | **VIC** | **2** | **WELCH, JESSE TYLER** | | **W** | **M** |
| DOB **09/11/1987** | | | | | | |
| **WIT** | **WIT** | **1** | **GOODINE, REBECCA** | | **W** | **F** |
| DOB **07/12/1992** | | | | | | |
| **WIT** | **WIT** | **2** | **WRIGHT, RACHEL** | | **W** | **F** |
| DOB **01/24/1996** | | | | | | |
| **SUS** | **ARR** | **2** | **TOURGEMAN, ALBERT** | | **W** | **M** |
| DOB **06/19/1963** | | | | | | |

## Person Summary

| Invl | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| **ARR** | **1** | **P** | **TORGEMAN, ASHER** | | **10484733** |
| Race **W** | Sex **M** | DOB **01/29/1970** | | | |
| **ARR** | **2** | **P** | **TOURGEMAN, ALBERT** | | **10885578** |
| Race **W** | Sex **M** | DOB **06/19/1963** | | | |
| **VIC** | **1** | **B** | **FLOGROWN LLC** | | **10876566** |
| Race | Sex | DOB | | | |
| **VIC** | **2** | **P** | **WELCH, JESSE TYLER** | | **10876568** |
| Race **W** | Sex **M** | DOB **09/11/1987** | | | |

| Report Officer | Printed At **02/24/2017 12:54** | Page 1 of 9 |
|---|---|---|

17-1727

Supplement No
ORIG

# LAKELAND POLICE DEPARTMENT

## Person Summary

| Invl | Invl No | Type | Name | | MNI |
|------|---------|------|------|------|-----|
| WIT | 1 | P | GOODINE, REBECCA | | 10876571 |
| Race | Sex | DOB | | | |
| W | F | 07/12/1992 | | | |

| Invl | Invl No | Type | Name | | MNI |
|------|---------|------|------|------|-----|
| WIT | 2 | P | WRIGHT, RACHEL | | 10876708 |
| Race | Sex | DOB | | | |
| W | F | 01/24/1996 | | | |

## Property Summary

Involvement
**EVD**

Description
**Article:** Personal accessories (incl serial jewelry) CLOTHI    HOODIES W/
COUNTERFEIT LOGO PRINTED ON THEM

Involvement
**EVD**

Description
**Article:** Personal accessories (incl serial jewelry) CLOTHI    11 ONESIES,
17 YOUTH SHIRTS, 4 WOMENS SHIRTS

Involvement
**EVD**

Description
**Article:** Other(None of the Above) MISCDO    4 RECEIPTS FROM PURCHASE OF
COUNTERFEIT ITEMS

| Report Officer | Printed At 02/24/2017 12:54 | Page 2 of 9 |
|----------------|-----------------------------|-------------|

**LAKELAND POLICE DEPARTMENT**

**17-1727**

Supplement No
ORIG

| Arrestee 1: TORGEMAN,ASHER | | | |
|---|---|---|---|

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| **Arrestee** | **1** | **Person** | **TORGEMAN,ASHER** |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|---|---|
| **10484733** | **White** | **Male** | **01/29/1970** | **46** | **No** | **6'00"** | **200#** | **Brown** | **Brown** | **981224** |

| ARR_FLAG | Mem # | | Oper Date | Oper Time | Notary Mem # | Notary Date | Notary Time |
|---|---|---|---|---|---|---|---|
| **Yes** | | | **02/16/2017** | **16:46:34** | | **02/16/2017** | **16:46:43** |
| SIGNED **Yes** | | | | | | | |

| Type | Address | | | | |
|---|---|---|---|---|---|
| **Home** | **874 CHARLOTTE ST** | | | | |

| City | State | ZIP Code | Date |
|---|---|---|---|
| **LONGWOOD** | **Florida** | **32750-6362** | **01/24/2017** |

| Type | ID No | OLS | |
|---|---|---|---|
| **Driver License** | **T625000700290** | **Florida** | |

| Phone Type | Phone No | Date | Phone Type | Phone No |
|---|---|---|---|---|
| **Business** | **(863)816-8000** | **01/24/2017** | **Cell** | **(407)462-4451** |

| Date | Phone Type | Phone No | Date |
|---|---|---|---|
| **01/24/2017** | **Other** | **(407)927-8444** | **01/24/2017** |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Status |
|---|---|---|---|---|
| **Arrested** | **Complaint Affidavit** | **02/16/2017** | **16:00:00** | **Affidavit Filed** |

| Dispo | Arrest Location | | | |
|---|---|---|---|---|
| **Misdemeanor** | **3800 HWY 98 N** | | | |

| City | Beat | Place of Birth | City of Birth | Sector | SIGNED |
|---|---|---|---|---|---|
| **Lakeland** | **BA** | **Israel** | **ISRAEL** | **14** | **Yes** |

| Charge | Counts | Level | Charge Literal |
|---|---|---|---|
| **831.03(1)(B)** | **38** | **M1** | **Counterfeiting of Pr** |

In December 2016, I was assigned an investigation in reference to an alleged counterfeiting of trademarked logos at the Dixie Heritage Store located at the Lakeland Square Mall, 3800 US Highway 98 North, Lakeland, Polk County, Florida. The complaint had been made by a former employee, Rebecca Goodine, who learned of the counterfeiting during the course of her employment and wished to report it.

Goodine, a former employee, advised she was employed at Dixie Heritage at the Lakeland Square Mall from approximately late September to December 8, 2016. During her employment, Goodine advised that she learned from the manager Patty (unknown last name) that some of the clothes were "fake". Goodine stated Patty told her that the Flogrown and the Southern Attitude brands primarily were printed on shirts, hoodies and onesies and brought into the store by Asher & his wife Yeni. Goodine stated she never witnessed the fake logos being applied to clothing inside the store but knew that the items were being brought into the store after they were already printed.

Goodine advised that shortly before Christmas (later determined to be December 3, 2016 at 6:42 PM by the register receipts) she was working the register when a couple she described as being in their 20's came into the store. Goodine advised the couple (later determined to be FloGrown owner Jesse Welch and his girlfriend Rachel Wright) purchased over $800 worth of "fake" clothes which seemed strange to her. After the couple left, Goodine called her manager Patty to tell her about the strange purchase. Patty told Goodine to call the owner and tell him about the sale. Goodine called Avi, who is Asher's brother. Avi told Goodine he would call her back shortly. When Avi called Goodine back, Avi advised her that people were trying to say the business was printing fake merchandise. Shortly after hanging up with Avi, Asher's wife Yeniset Torgeman (aka Yeni), called Goodine back and advised her to take all of the "fake" merchandise off of the shelf and put it in the back, which she did. Goodine was then off for a couple of days. When she returned back to work, all of the fake merchandise she removed from the shelves/racks during her last shift were back on the sales floor. When Goodine asked Patty why the merchandise was back on the floor, Patty advised her "I just do what I'm told". Goodine stated she quit her job voluntarily around 12/8/16.

Goodine advised that when she went back to the store a few days later to get her last check, she was met by Asher Torgeman. Goodine stated Torgeman made her sign a document that stated she quit her job voluntarily. The document also stated that she had not seen any fake merchandise in the store nor had she seen any fake merchandise being made. Goodine signed the document to get her last check and left the store.

On or around 12/21/16, in an attempt to determine the validity of the complaint, I made contact with the owner of FloGrown LLC, Jesse Welch, via phone. I asked Welch if he had received any information that his products were

| Report Officer | Printed At | |
|---|---|---|
| | **02/24/2017 12:54** | **Page 3 of 9** |

17-1727   Supplement No
ORIG

## LAKELAND POLICE DEPARTMENT

being counterfeited and he stated he was aware. Welch advised me that was in the process of filing a civil lawsuit against Torgeman and was not aware that what Torgeman was doing was criminal, hence, he did not contact police. When I asked how he had come to learn his logo was being counterfeited, Welch then proceeded to tell me that he had friends call him and advise him that they had been in the Lakeland store and had seen the FloGrown logo printed on onesies. Welch advised he does not manufacture or sell onesies. Welch advised he and his girlfriend, Rachel Wright, had gone to the Lakeland store a couple weeks prior (later determined to be December 3, 2016 at 6:42 PM by the register receipts) to look at the merchandise in the store. Welch advised he located several items that he recognized to be counterfeit mixed in with the authentic merchandise. Welch advised the prices on the fake merchandise was slightly less than the authentic, however, they were being displayed as authentic. Welch even noticed one of his FloGrown hang tags had been applied to a counterfeit item. Welch and Wright gathered several items and purchased them from a female employee (later determined to be Rebecca Goodine). The total of four seperate transactions was $811.70. There was a total of 38 pieces of merchandise that were purchased by Welch.

On 1/27/17 at 1930 hrs, I met with Jesse Welch who was also accompanied by his girlfriend Rachel Wright. At that time, I obtained an audio sworn statement from Welch about his interactions with Torgeman and the merchandise he had purchased from the Dixie Heritage in Lakeland, FL. Welch stated that he went to the store on 12/3/16 with his girlfriend Rachel. At that time, a female employee was working behind the counter when he selected and purchased $811.70 total of "FloGrown" counterfeit items in 4 seperate transactions. Welch then maintained custody of the counterfeit items and receipts until he turned them over to me on this date. Welch advised his FloGrown logo is both state and federally trademarked. Welch said he has also seen his logo fraudulently heat pressed onto V-neck shirts at 2 other stores run by Torgeman, the Oviedo and Sanford stores back in August 2016.

Welch stated on the following Wednesday, which he believes to be December 7, 2016, Torgeman arrived at his warehouse in Orlando. Welch stated Torgeman told him "I know what you did" leaving Welch to believe he was referencing the recent purchase. Welch said Torgeman told him the store belonged to his brother who was a "bad man" and the most Welch had against him was a small claims court case. Welch stated he told Torgeman to leave his warehouse, which he did.

Welch advised he has not given Torgeman nor anyone else permission to duplicate his trademarked and registered logo and desires prosecution.

I located the Trademark information for FloGrown LLC (serial # 85319185, registration # 4207092) which shows actively registered since 9/11/2012.

I collected 38 counterfeit items from Welch and placed them into Lakeland Police Department property and evidence.

During my investigation, I located a listing for Dixie Heritage LLC located at 3800 N. Rd 98 #126 being registered to Albert Touejeman at 874 Charlotte Street, Longwood, FL 32750. I also located a newspaper article in the Orlando Sentinel, dated December 8, 2014 in which Asher Torgeman was giving an interview about his stores named as "Dixie Heritage". Based on this interview, it appears that although Torgeman is not the legal registered owner, he operates/manages the stores and represents them as his own. Given that Asher Torgeman is the manager of the store and is responsible for the running of the business, I completed an arrest warrant for Asher Torgeman for 38 counts of Counterfeiting a private label for the products purchased from the Lakeland store and forwarded it to the State Attorney's Office.

| Arrestee 2: TOURGEMAN,ALBERT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Involvement **Arrestee** | Invl No **2** | Type **Person** | Name **TOURGEMAN, ALBERT** | | | | | | | |
| MNI **10885578** | Race **White** | Sex **Male** | DOB **06/19/1963** | Age **53** | Juvenile? **No** | Height **6'02"** | Weight **200#** | Hair Color **Gray or Partially Gray** | | |
| Eye Color **Brown** | PRN **981225** | ARR_FLAG **Yes** | Mem # | | | Oper Date **02/21/2017** | Oper Time **15:57:07** | Notary Mem # | | |
| Notary Date **02/21/2017** | Notary Time **15:57:15** | SIGNED **Yes** | | | | | | | | |

| Report Officer | Printed At **02/24/2017 12:54** | **Page 4 of 9** |
|---|---|---|

# LAKELAND POLICE DEPARTMENT

**17-1727**

Supplement No
ORIG

| Type Home | Address 874 CHARLOTTE ST | | |
|---|---|---|---|
| City LONGWOOD | State Florida | ZIP Code 32750-6362 | Date 01/27/2017 |
| Type Driver License | ID No T625020632190 | | OLS Florida |
| Phone Type Business | Phone No (863)816-8000 | | Date 01/27/2017 |

| Involvement Arrested | Arrest Type Arrested | Arrest Date 02/20/2017 | Arrest Time 12:00:00 | Status Affidavit Filed | Dispo Misdemeanor |
|---|---|---|---|---|---|

| Arrest Location 3800 HWY 98 N | | | | City Lakeland |
|---|---|---|---|---|
| Beat BA | Place of Birth Israel | City of Birth Unknown | Sector 14 | SIGNED Yes |

| Charge 831.03(1)(B) | | Counts 38 | Level M1 | Charge Literal Counterfeiting of Pr |
|---|---|---|---|---|

## Victim (Person) 1: FLOGROWN LLC

| Involvement Victim (Person) | Invl No 1 | Type Business | | | |
|---|---|---|---|---|---|
| Name FLOGROWN LLC | | | MNI 10876566 | PRN 981226 | SIGNED Yes |
| Type Work/Business | Address 6976 VENTURE CIRCLE | | | | |
| City ORLANDO | State Florida | ZIP Code 32807 | Date 01/27/2017 | | |
| Phone Type Business | Phone No (407)937-8191 | | Date 01/24/2017 | | |

## Victim (Person) 2: WELCH,JESSE TYLER

| Involvement Victim (Person) | Invl No 2 | Type Person | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name WELCH,JESSE TYLER | | | | | | MNI 10876568 | Race White | Sex Male |
| DOB 09/11/1987 | Age 29 | Juvenile? No | Height 5'10" | Weight 170# | Hair Color Brown | Eye Color Brown | PRN 981227 | SIGNED Yes |
| Type Work/Business | Address 6976 VENTURE CIR | | | | | | | |
| City ORLANDO | State Florida | ZIP Code 32807 | Date 01/27/2017 | | | | | |
| Type Driver License | ID No W420438873310 | | | OLS Florida | | | | |
| Phone Type Business | Phone No (239)209-1045 | | Date 01/27/2017 | | | | | |

## Witness 1: GOODINE,REBECCA

| Involvement Witness | Invl No 1 | Type Person | Name GOODINE,REBECCA | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MNI 10876571 | Race White | Sex Female | DOB 07/12/1992 | Age 24 | Juvenile? No | Height 5'03" | Weight 150# | Hair Color Brown | Eye Color Brown | PRN 981228 |
| SIGNED Yes | | | | | | | | | |
| Type Home | Address 1707 REYNOLDS RD #18 | | | | | | | | |
| City Lakeland | State Florida | ZIP Code 33801 | Date 01/27/2017 | | | | | | |
| Type Driver License | ID No G350732927521 | | | OLS Florida | | | | | |
| Phone Type Home | Phone No (863)272-0925 | | Date 01/27/2017 | | | | | | |

## Witness 2: WRIGHT,RACHEL

| Involvement Witness | Invl No 2 | Type Person | Name WRIGHT,RACHEL | | | | |
|---|---|---|---|---|---|---|---|
| MNI 10876708 | Race White | Sex Female | DOB 01/24/1996 | Age 21 | Juvenile? No | Height 5'05" | Weight 120# | Hair Color Blond or Strawberry |
| Eye Color Blue | PRN 981229 | SIGNED Yes | | | | | |

| Report Officer | | Printed At 02/24/2017 12:54 | Page 5 of 9 |
|---|---|---|---|

# LAKELAND POLICE DEPARTMENT

**17-1727**

Supplement No
ORIG

| Type **Home** | Address **2828 CLIFFE CT** | | | |
|---|---|---|---|---|
| City **OVIEDO** | State **Florida** | ZIP Code **32765** | Date **01/27/2017** | |
| Type **Driver License** | ID No **W623733965240** | | OLS **Florida** | |
| Phone Type **Cell** | Phone No **(239)287-2642** | | Date **01/27/2017** | |

## Property

| Prop # **1** | Involvement **Evidence** | Invl Date **01/27/2017** | In Custody? **Yes** | Security **No** | Tag No **170003807** | Item No **1** | # Pieces **6** |
|---|---|---|---|---|---|---|---|

Description **HOODIES W/ COUNTERFEIT LOGO PRINTED ON THEM** — Typ **A**

Cat **Personal accessories (incl serial jewelry)** — Article **Clothing** — Rcv Date **01/27/2017** — Rcv Time **19:40**

Recv Value **$189.94** — Initial Dispo **Hold For Trial** — Entered Date **02/02/2017** — Entered Time **16:19** — RMS Transfer **Successful**

Control **0202171649**

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| SUS | ARR | 1 | TORGEMAN, ASHER | W | M |
| DOB 01/29/1970 | | | | | |
| OTH | VIC | 1 | FLOGROWN LLC | | |
| DOB | | | | | |
| OTH | VIC | 2 | WELCH, JESSE TYLER | W | M |
| DOB 09/11/1987 | | | | | |
| OTH | WIT | 1 | GOODINE, REBECCA | W | F |
| DOB 07/12/1992 | | | | | |
| OTH | WIT | 2 | WRIGHT, RACHEL | W | F |
| DOB 01/24/1996 | | | | | |
| SUS | ARR | 2 | TOURGEMAN, ALBERT | W | M |
| DOB 06/19/1963 | | | | | |

| Prop # **2** | Involvement **Evidence** | Invl Date **01/27/2017** | In Custody? **Yes** | Security **No** | Tag No **170003807** | Item No **2** | # Pieces **32** |
|---|---|---|---|---|---|---|---|

Description **11 ONESIES, 17 YOUTH SHIRTS, 4 WOMENS SHIRTS** — Typ **A**

Cat **Personal accessories (incl serial jewelry)** — Article **Clothing** — Rcv Date **01/27/2017** — Rcv Time **19:40**

Recv Value **$478.68** — Initial Dispo **Hold For Trial** — Entered Date **02/02/2017** — Entered Time **16:22** — RMS Transfer **Successful**

Control **0202171649**

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| SUS | ARR | 1 | TORGEMAN, ASHER | W | M |
| DOB 01/29/1970 | | | | | |
| OTH | VIC | 1 | FLOGROWN LLC | | |
| DOB | | | | | |
| OTH | VIC | 2 | WELCH, JESSE TYLER | W | M |
| DOB 09/11/1987 | | | | | |

| Report Officer | Printed At **02/24/2017 12:54** | **Page 6 of 9** |
|---|---|---|

# LAKELAND POLICE DEPARTMENT

**17-1727**

Supplement No
ORIG

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| OTH | WIT | 1 | GOODINE, REBECCA | | W | F |
| DOB 07/12/1992 | | | | | | |
| OTH | WIT | 2 | WRIGHT, RACHEL | | W | F |
| DOB 01/24/1996 | | | | | | |
| SUS | ARR | 2 | TOURGEMAN, ALBERT | | W | M |
| DOB 06/19/1963 | | | | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No |
|--------|-------------|-----------|-------------|----------|--------|---------|
| 3 | Evidence | 01/27/2017 | Yes | No | 170003807 | 3 |

| Description | | Typ |
|-------------|--|-----|
| 4 RECEIPTS FROM PURCHASE OF COUNTERFEIT ITEMS | | A |

| Cat | Article | Rcv Date | Rcv Time |
|-----|---------|----------|----------|
| Other(None of the Above) | Miscellaneous (MISC) Documents | 01/27/2017 | 19:40 |

| Recv Value | Initial Dispo | Entered Date | Entered Time | RMS Transfer |
|------------|---------------|--------------|--------------|--------------|
| $0.00 | Hold For Trial | 02/02/2017 | 16:24 | Successful |

| Control | | | |
|---------|--|--|--|
| ████ 0202171649 | | | |

| Link | Involvement | Invl No | Name | | Race | Sex |
|------|-------------|---------|------|--|------|-----|
| SUS | ARR | 1 | TORGEMAN, ASHER | | W | M |
| DOB 01/29/1970 | | | | | | |
| OTH | VIC | 1 | FLOGROWN LLC | | | |
| DOB | | | | | | |
| OTH | VIC | 2 | WELCH, JESSE TYLER | | W | M |
| DOB 09/11/1987 | | | | | | |
| OTH | WIT | 1 | GOODINE, REBECCA | | W | F |
| DOB 07/12/1992 | | | | | | |
| OTH | WIT | 2 | WRIGHT, RACHEL | | W | F |
| DOB 01/24/1996 | | | | | | |
| SUS | ARR | 2 | TOURGEMAN, ALBERT | | W | M |
| DOB 06/19/1963 | | | | | | |

## Modus Operandi

Crime Code(s)
**Fraud- Forgery**

## Narrative

INCIDENT LOCATION:
Dixie Heritage, 3800 N. Rd 98, Lakeland, Polk County, Florida

I, ████████████████████, am employed as a sworn law enforcement officer by the Lakeland Police Department in Lakeland, Polk County, Florida. I am currently assigned to the Special Investigations Section as a Narcotics Detective. In this assignment, I am primarily responsible for the investigation/enforcement of Florida Statute Chapter 893, however, I also participate in investigations that require me to act in an undercover capacity. I have been employed as a sworn officer by the Lakeland Police Department since August 2004.

In December 2016, I was assigned an investigation in reference to an alleged counterfeiting of trademarked logos at the Dixie Heritage Store located at the Lakeland Square Mall, 3800 US Highway 98 North, Lakeland, Polk County, Florida. The complaint had been made by a former employee, Rebecca Goodine, who learned of the counterfeiting during the course of her employment and wished to report it.

Goodine advised she was employed at Dixie Heritage at the Lakeland Square Mall from approximately late

| Report Officer | Printed At | |
|----------------|------------|--|
| ████████████████ | 02/24/2017 12:54 | Page 7 of 9 |

17-1727   Supplement No
ORIG

# LAKELAND POLICE DEPARTMENT
## Narrative

September to December 8, 2016.  During her employment, Goodine advised that she learned from the manager Patty (unknown last name) that some of the clothes were "fake".  Goodine stated Patty told her that the Flogrown and the Southern Attitude brands primarily were printed on shirts, hoodies and onesies and brought into the store by Asher & his wife Yeni.  Goodine stated she never witnessed the fake logos being applied to clothing inside the store but knew that the items were being brought into the store after they were already printed.

Goodine advised that shortly before Christmas (later determined to be December 3, 2016 at 6:42 PM by the register receipts) she was working the register when a couple she described as being in their 20's came into the store.  Goodine advised the couple (later determined to be FloGrown owner Jesse Welch and his girlfriend Rachel Wright) purchased over $800 worth of "fake" clothes which seemed strange to her.  After the couple left, Goodine called her manager Patty to tell her about the strange purchase.  Patty told Goodine to call the owner and tell him about the sale.  Goodine called Avi, who is Asher's brother.  Avi told Goodine he would call her back shortly.  When Avi called Goodine back, Avi advised her that people were trying to say the business was printing fake merchandise.  Shortly after hanging up with Avi, Asher's wife Yeniset Torgeman (aka Yeni), called Goodine back and advised her to take all of the "fake" merchandise off of the shelf and put it in the back, which she did.  Goodine was then off for a couple of days.  When she returned back to work, all of the fake merchandise she removed from the shelves/racks during her last shift were back on the sales floor.  When Goodine asked Patty why the merchandise was back on the floor, Patty advised her "I just do what I'm told".  Goodine stated she quit her job voluntarily around 12/8/16 because she did not want to be associated with the fraudulent activity.

Goodine advised that when she went back to the store a few days later to get her last check, she was met by Asher Torgeman.  Goodine stated Torgeman made her sign a document that stated she quit her job voluntarily.  Torgeman then required her to sign another document stating that Goodine had not seen any fake FloGrown merchandise being made.  Goodine signed the document to get her last check and left the store.  Goodine requested a copy of the documents she signed and though Torgeman advised he would provide them to her via email, she never received them.  On 2/16/17 I obtained a recorded sworn statement from Goodine.

On or around 12/21/16, in an attempt to determine the validity of the complaint, I made contact with the owner of FloGrown LLC, Jesse Welch, via phone.  I asked Welch if he had received any information that his products were being counterfeited and he stated he was aware.  Welch advised me that was in the process of filing a civil lawsuit against Torgeman and was not aware that what Torgeman was doing was criminal, hence, he did not contact police.  When I asked how he had come to learn his logo was being counterfeited, Welch then proceeded to tell me that he had friends call him and advise him that they had been in the Lakeland store and had seen the FloGrown logo printed on onesies.  Welch advised he does not manufacture or sell onesies.  Welch advised he and his girlfriend, Rachel Wright, had gone to the Lakeland store a couple weeks prior (later determined to be December 3, 2016 at 6:42 PM by the register receipts) to look at the merchandise in the store.  Welch advised he located several items that he recognized to be counterfeit mixed in with the authentic merchandise.  Welch advised the prices on the fake merchandise was slightly less than the authentic, however, they were being displayed as authentic.  Welch even noticed one of his FloGrown hang tags had been applied to a counterfeit item.  Welch and Wright gathered several items and purchased them from a female employee (later determined to be Rebecca Goodine).  The total of four separate transactions was $811.70.  There was a total of 38 pieces of merchandise that were purchased by Welch.

On 1/27/17 at 1930 hrs, I met with Jesse Welch who was also accompanied by his girlfriend Rachel Wright.  At that time, I obtained an audio sworn statement from Welch about his interactions with Torgeman and the merchandise he had purchased from the Dixie Heritage in Lakeland, FL.  Welch stated that he went to the store on 12/3/16 with his girlfriend Rachel.  At that time, a female employee was working behind the counter when he selected and purchased $811.70 total of "FloGrown" counterfeit items in 4 separate transactions.  Welch then maintained custody of the counterfeit items and receipts until he turned them over to me on this date.  Welch advised his FloGrown logo is both state and federally trademarked.  Welch said he has also seen his logo fraudulently heat pressed onto V-neck shirts at 2 other stores run by Torgeman, the Oviedo and Sanford stores back in August 2016.

Welch stated on the following Wednesday, which he believes to be December 7, 2016, Torgeman arrived at his warehouse in Orlando.  Welch stated Torgeman told him "I know what you did" leaving Welch to believe he was referencing the recent purchase.  Welch said Torgeman told him the store belonged to his brother who was a "bad

| Report Officer | Printed At 02/24/2017 12:54 | Page 8 of 9 |

17-1727    Supplement No
ORIG

# LAKELAND POLICE DEPARTMENT

**Narrative**

man" and the most Welch had against him was a small claims court case. Welch stated he told Torgeman to leave his warehouse, which he did.

Welch advised he has not given Torgeman nor anyone else permission to duplicate his trademarked and registered logo and desires prosecution.

I located the Trademark information for FloGrown LLC (serial # 85319185, registration # 4207092) which shows actively registered since 9/11/2012.

I collected 38 counterfeit items from Welch and placed them into Lakeland Police Department property and evidence.

I placed a DVD of the audio from Welch's interview into Lakeland Police Department property and evidence.

I placed a DVD of the audio from Goodine's interview into the Lakeland Police Department property and evidence.

During my investigation, I located a listing for Dixie Heritage LLC located at 3800 N. Rd 98 #126 being registered to Albert Tourjeman at 874 Charlotte St, Longwood, FL 32750.  I also located a newspaper article in the Orlando Sentinel, dated December 8, 2014 in which Asher Torgeman was giving an interview about his stores named as "Dixie Heritage".  Based on this interview, it appears that although Torgeman is not the legal registered owner, he operates/manages the stores and represents them as his own. Given that Albert Tourjeman is the registered owner of the business and is responsible for the merchandise and sales within the store, I completed a complaint affidavit charging Albert "Avi" Tourjeman with 38 counts of Counterfeiting a private label.  Given that Asher Torgeman and Albert "Avi" Tourjeman are brothers and act in concert in the ownership/managing of the store, it is my belief that both are involved and responsible for the merchandise coming in and the sales occurring from the store. Also, in Rebecca Goodine's taped sworn statement, Goodine advised that both "Avi" and "Asher" would bring in merchandise to the store that she later learned to be counterfeit. Due to their joint involvement, I completed complaint affidavits for Asher Torgeman and Albert Tourjeman charging them with 38 counts of Counterfeiting a private label for the products purchased from the Lakeland store and forwarded it to the State Attorney's Office for consideration for prosecution.

I had no further involvement in this case.

I swear or affirm this report is correct and true to the best of my knowledge and belief.

(This report has been electronically signed.)

_____    02/21/2017
_____

Signature of Deputy/Agency Member              Date

Sworn before me this 21st day of February, 2017.

_____

Notary/Law Enforcement Officer

_____    _____

                                   Commission Number/Expiration

**17-1727**    Supplement No
0001

# LAKELAND POLICE DEPARTMENT



219 N. MASSACHUSETTS AVENUE

LAKELAND, FL 33801

Reported Date
**01/27/2017**
Incident Type
**COUNTERFEITING S73**
Member#

Phone
**(863) 834-6900**
Fax
**(863) 834-6931**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time | |
|---|---|---|---|---|---|---|---|
| **LAKELAND POLICE DEPARTMENT** | | **17-1727** | **0001** | **01/27/2017** | | **19:40** | |
| CAD Call No | Status | | Incident Type | | | | |
| **170240141** | **Report To Follow** | | **Counterfeiting** | | | | |
| Location | | | | | | | City |
| **DIXIE HERITAGE AT 3800 HWY 98 N** | | | | | | | **Lakeland** |
| ZIP Code | Beat | District | Sector | From Date | From Time | To Date | To Time |
| **33809** | **BA** | **NW** | **14** | **01/27/2017** | **19:40** | **01/27/2017** | **19:40** |
| Member# | | | | Assignment | Entered By | Assignment | RMS Transfer |
| | | | | **78** | | **78** | **Successful** |
| Prop Trans Stat | Approving Officer | | | Approval Date | | Approval Time | |
| **Successful** | | | | **02/07/2017** | | **16:08:53** | |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | |
|---|---|---|---|---|---|---|---|
| **1** | **Evidence** | **01/27/2017** | **Yes** | **No** | **170003809** | **1** | |
| Description | | | | | | Typ | |
| **CD-R OF JESSE WELCH INTERVIEW** | | | | | | **A** | |
| Cat | | | | Article | Rcv Date | | Rcv Time |
| **Radio, TV, Sound, and Video Game Devices** | | | | **CD Disk** | **01/27/2017** | | **19:40** |
| Recv Value | Initial Dispo | | Entered Date | | Entered Time | RMS Transfer | |
| **$0.00** | **Hold For Trial** | | **02/02/2017** | | **17:00** | **Successful** | |
| Control | | | | | | | |
| **0202171702** | | | | | | | |

## Modus Operandi

Crime Code(s)
**Counterfeiting**

## Narrative

This supplement serves only to add a CD-R of the audio interview of Jesse Welch obtained on 1/27/17. The CD-R was entered into LPD property and evidence.

No further involvement.

| Report Officer | Printed At | |
|---|---|---|
| | **02/07/2017 16:09** | **Page 1 of 2** |

# LAKELAND POLICE DEPARTMENT

**17-1727**

Supplement No
0001

I swear or affirm this report is correct and true to the best of my
knowledge and belief.

(This report has been electronically signed.)

_____          02/02/2017
Signature of Deputy/Agency Member          _____
                                                         Date

Sworn before me this 2nd day of February, 2017.

LEGGETT,JASON - 17826
_____
 Notary/Law Enforcement Officer

_____          -
                                           _____
                                          Commission Number/Expiration



# LAKELAND POLICE DEPARTMENT

**17-1727**    Supplement No 0002

219 N. MASSACHUSETTS AVENUE

LAKELAND, FL 33801

Reported Date
**02/21/2017**
Incident Type
**COUNTERFEITING S73**
Member#

Phone
**(863) 834-6900**
Fax
**(863) 834-6931**

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|
| **LAKELAND POLICE DEPARTMENT** | | | 17-1727 | 0002 | 02/21/2017 | | 16:07 |

| CAD Call No | Status | Incident Type | | | | | |
|---|---|---|---|---|---|---|---|
| 170240141 | Report To Follow | Counterfeiting | | | | | |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| 3800 HWY 98 N | | | | | | | Lakeland |

| ZIP Code | Beat | District | Sector | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| 33809 | BA | NW | 14 | 01/27/2017 | 19:40 | 01/27/2017 | 19:40 |

| Member# | | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|---|
| | | 78 | | 78 | Successful |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Successful | | 02/28/2017 | 10:45:19 |

## Witness 1: GOODINE,REBECCA

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| Witness | 1 | Person | GOODINE,REBECCA |

| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | SIGNED |
|---|---|---|---|---|---|---|---|---|---|---|
| 10876571 | White | Female | 07/12/1992 | 24 | No | 5'03" | 150# | Brown | Brown | Yes |

| Type | Address |
|---|---|
| Home | 1707 REYNOLDS RD #18 |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Lakeland | Florida | 33801 | 02/21/2017 |

| Type | ID No | OLS |
|---|---|---|
| Driver License | G350732927521 | Florida |

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No |
|---|---|---|---|---|---|---|
| 1 | Evidence | 02/21/2017 | Yes | No | 170005974 | 1 |

| Description | | Typ |
|---|---|---|
| DVD OF GOODINE'S INTERVIEW AUDIO | | A |

| Cat | Article | Rcv Date | Rcv Time |
|---|---|---|---|
| Radio, TV, Sound, and Video Game Devices | DVD Disk | 02/21/2017 | 16:00 |

| Recv Value | Initial Dispo | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|
| $0.00 | Hold For Trial | 02/21/2017 | 16:07 | Successful |

| Control | |
|---|---|
| | 0221171610 |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| OTH | WIT | 1 | GOODINE,REBECCA | W | F |

| DOB |
|---|
| 07/12/1992 |

## Modus Operandi

| Crime Code(s) |
|---|
| Counterfeiting |

## Narrative

This report serves only as an addition of the DVD of Goodine's interview into property and evidence.

No further.

| Report Officer | Printed At | |
|---|---|---|
| | 02/28/2017 10:46 | Page 1 of 2 |

# LAKELAND POLICE DEPARTMENT

**17-1727**

Supplement No
0002

I swear or affirm this report is correct and true to the best of my
knowledge and belief.

(This report has been electronically signed.)

_____          02/28/2017
Signature of Deputy/Agency Member                    Date

Sworn before me this 28th day of February, 2017.

_____
Notary/Law Enforcement Officer

_____          _____
                                           Commission Number/Expiration

| Report Officer | Printed At 02/28/2017 10:46 | Page 2 of 2 |

UCR CODE _____

EVENT CODE _____          JUVENILE ☐          ADULT ☒          SID# _____

## IN THE CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT

## IN AND FOR POLK COUNTY, FLORIDA

ARRESTING AGENCY/REPORT NO. LPD 17-1727

ARRESTING OFFICER ████████████   BADGE# ████

AGENCY ORI ___FL0531200___ OBITS # _____

DATE/TIME OF ARREST February 20, 2017 12:00 PM

PLACE OF ARREST 3800 US HWY 98 N, LKLD FL

right thumb print

☐ **NOTICE TO APPEAR**      ☒ **COMPLAINT AFFIDAVIT**      ☐ **ARREST REPORT**

### CITY OF LAKELAND, COUNTY OF POLK, STATE OF FLORIDA:

The undersigned affiant swears that he/she has just and reasonable grounds to believe that on December 3, 2016 at approximately 6:34 PM in the vicinity of LAKELAND POLK County, Florida.

NAME TOURGEMAN          ALBERT                    ALIAS: _____
     (LAST)              (FIRST)        (MIDDLE)

ADDRESS 874 CHARLOTTE ST, LONGWOOD FL 32750-6362          PHONE 863-816-8000

D.L. # T625-020-63-219-0   ST FL   SS#_____   DOB June 19, 1963   R/S WM

HT. 6'2 WT. 200 HAIR GRY EYES BRN POB ISRAEL          MARITAL STATUS M

SCARS _____ COMP LT   BUILD THIN SPEECH ENG OCCUPATION SALES

EMPLOYER DIXIE HERITAGE          PHONE 407-927-8444

(JUV-PARENTS) _____          PHONE _____

committed the offense(s) of:

1. COUNTERFEITING A PRIVATE LABEL (38 COUNTS)   FSS/MO/CO 831.03(1)B   Level/Degree M1
2. _____   FSS/MO/CO _____   Level/Degree ____
3. _____   FSS/MO/CO _____   Level/Degree ____

Probable Cause:


-- SEE CONTINUATION --


Sworn to and subscribed before me, the undersigned authority, this February 20, 2017

████████████████████          ████████████████████

~~Deputy Clerk/Notary Public/LEO~~          Affiant
                                            ☒ Personally known
                                            ☐ Produced ID          Type: _____

Co-defendants: ASHER TORGEMAN

Victim: JESSE WELCH OBO FLOGROWN LLC   6976 VENTURE CIR, ORLANDO FL 32807   239-209-1045
        name                          address                                phone

Witness: RACHEL WRIGHT   6976 VENTURE CIR, ORLANDO FL 32807   239-287-2642
         name            address                                phone

Witness: REBECCA GOODINE   1707 REYNOLDS RD #18,LKLD FL 33801   863-272-0925
         name              address                              phone

### NOTICE TO APPEAR

I agree to appear in Court located at _____ , Florida on _____
at _____ to answer the charge(s) in this complaint. I understand that a willful failure to appear will result in a warrant for my arrest and may be a new offense.

_____          _____
Date                                      Defendant

☐NO BILL/PETITION          ☐PROSECUTION APPROVED: _____
                                                    Assistant State Attorney

FILE

# Lakeland Police Department

AFFIDAVIT
CONTINUATION

Agency ORI
Number
FL0531200

Event Number

17-1727

## IN THE CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA
## PROBABLE CAUSE CONTINUATION

In December 2016, I was assigned an investigation in reference to an alleged counterfeiting of trademarked logos at the Dixie Heritage Store located at the Lakeland Square Mall, 3800 US Highway 98 North, Lakeland, Polk County, Florida. The complaint had been made by a former employee, Rebecca Goodine, who learned of the counterfeiting during the course of her employment and wished to report it.

Goodine advised she was employed at Dixie Heritage at the Lakeland Square Mall from approximately late September to December 8, 2016. During her employment, Goodine advised that she learned from the manager Patty (unknown last name) that some of the clothes were "fake". Goodine stated Patty told her that the Flogrown and the Southern Attitude brands primarily were printed on shirts, hoodies and onesies and brought into the store by Asher & brother Albert "Avi" Tourgeman. Goodine stated she never saw the fake logos being applied to clothing inside the store but knew that the items were being brought into the store after they were already printed.

Goodine advised that shortly before Christmas (later determined to be December 3, 2016 at 6:42 PM by the register receipts) she was working the register when a couple she described as being in their 20's came into the store. Goodine advised the couple (later determined to be FloGrown owner Jesse Welch and his girlfriend Rachel Wright) purchased over $800 worth of "fake" clothes which seemed strange to her. After the couple left, Goodine called from her manager Patty to tell her about the strange purchase. Patty told Goodine to call the owner and tell him about the sale. Goodine called Avi, who is Asher's brother. Avi, (later identified as Albert Tourgeman via FLDL by Goodine) told Goodine he would call her back shortly. When Avi called Goodine back, Avi advised her that people who were trying to say the business was printing fake merchandise. Shortly after hanging up with Avi, Asher's wife Yeniset Torgeman (aka Yeni), called Goodine back and advised her to take all of the "fake" merchandise off of the shelf and put it in the back. Goodine was then off for a couple of days. When she returned back to work, all of the fake merchandise that she removed from the shelves/racks two days prior were back on the sales floor. When Goodine asked Patty why the merchandise was back on the floor, Patty advised her "I just do what I'm told". Goodine stated she quit her job around 12/8/16 because she did not want to be associated with the counterfeit activity.

Goodine advised that when she went back to the store a few days later to get her last check, she was met by Asher Torgeman. Goodine stated Torgeman made her sign a document that stated she quit her job voluntarily. Torgeman also presented Goodine another document for her to sign that stated Goodine had not seen any fake merchandise printed in the store nor had she seen any fake merchandise being made. Goodine felt that if she did not sign the documents she would not have been given her last paycheck. Goodine signed the document in order to get her last check and left the store.

On or around 12/21/17, in an attempt to determine the validity of the complaint, I made contact with the owner of FloGrown LLC, Jesse Welch, via phone. I asked Welch if he had received any information that his products were being counterfeited and he stated he was aware. Welch advised me that was in the process of filing a civil lawsuit against Torgeman and was not aware that what Torgeman was doing was criminal, hence, he did not contact police. When I asked how he had

Sworn to and subscribed to me, the undersigned authority, this **20th** Day of **FEBRUARY 2017**

~~DEPUTY CLERK/NOTARY PUBLIC~~
LAW ENFORCEMENT OFFICER

AFFIANT

Witness:

| NAME | ADDRESS | PHONE |

Witness:

| NAME | ADDRESS | PHONE |

FILE

# Lakeland Police Department

AFFIDAVIT
CONTINUATION

Agency ORI
Number
FL0531200

Event Number

17-1727

## IN THE CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA
### PROBABLE CAUSE CONTINUATION

come to learn his logo was being counterfeited, Welch then proceeded to tell me that he had friends call him and advise him that they had been in the Lakeland store and had seen the FloGrown logo printed on onesies. Welch advised he does not manufacture or sell onesies.  Welch advised he and his girlfriend, Rachel Wright, had gone to the Lakeland store a couple weeks prior (later determined to be December 3, 2016 at 6:42 PM by the register receipts) to look at the merchandise in the store. Welch advised he located several items that he recognized to be counterfeit mixed in with the authentic merchandise.  Welch advised the prices on the fake merchandise was slightly less than the authentic, however, they were being displayed as authentic.  Welch even noticed one of his manufacturer hang tags had been applied to a counterfeit item.  Welch and Wright gathered several items and purchased them from a female employee (later determined to be Rebecca Goodine).  The total of four separate transactions was $811.70. There was a total of 38 pieces of merchandise that were purchased by Welch.

Welch advised Torgeman came to his warehouse on Saturday December 7, 2016 and stated "I know what you did" to Welch.  Welch advised Torgeman further stated the store belongs to his brother and at best you have only a civil case.  This statement led Welch to believe that Torgeman was well aware of what was going on inside his store by acknowledging that he had nothing more than a civil case against him.

On 1/27/17 I met with Welch and took custody of the 38 pieces of counterfeit merchandise.  I photographed the items and placed them into Lakeland Police Department property and evidence.  I also placed the audio of Welch's interview into evidence.

I located the Trademark information for FloGrown LLC (serial # 85319185, registration # 4207092) which shows actively registered since 9/11/2012.

During my investigation, I located a listing for Dixie Heritage LLC located at 3800 N. Rd 98 #126 being registered to Albert Tourjeman (different spelling, same address) at 874 Charlotte St, Longwood, FL 32750.  I also located a newspaper article in the Orlando Sentinel, dated December 8, 2014 in which Asher Torgeman was giving an interview about his stores named as "Dixie Heritage".  Based on this interview, it appears that although Torgeman is not the legal registered owner, he operates/manages the stores and represents them as his own. Given that Albert Tourgeman is the registered owner of the business and is responsible for the merchandise and sales within the store, I completed a complaint affidavit charging Albert "Avi" Tourgeman with 38 counts of Counterfeiting a private label.  Given that Asher Torgeman and Albert "Avi" Tourgeman are brothers and act in concert in the ownership/managing of the store, it is my belief that both are involved and responsible for the merchandise coming in and the sales occurring from the store. Also, in Rebecca Goodine's taped sworn statement, Goodine advised that both "Avi" and "Asher" would bring in merchandise to the store that she later learned to be counterfeit. Due to their joint involvement, I completed complaint affidavits for Asher Torgeman and Albert Tourgeman charging them with 38 counts of Counterfeiting a private label for the products purchased from the Lakeland store and forwarded it to the State Attorney's Office for consideration for prosecution.

Sworn to and subscribed to me, the undersigned authority, this 20th Day of FEBRUARY 2017

DEPUTY CLERK/NOTARY PUBLIC
LAW ENFORCEMENT OFFICER

AFFIANT

:
Witness:

| NAME | ADDRESS | PHONE |

Witness:

| NAME | ADDRESS | PHONE |

FILE

UCR CODE _____

EVENT CODE _____          JUVENILE ☐          ADULT ☒          SID# _____

## IN THE CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT

### IN AND FOR POLK COUNTY, FLORIDA

ARRESTING AGENCY/REPORT NO. LPD 17-1727

ARRESTING OFFICER ████████          BADGE# ████████

AGENCY ORI ___FL0531200___     OBITS # _____

DATE/TIME OF ARREST ___February 20, 2017  12:00 PM___

PLACE OF ARREST ___3800 US HWY 98 N, LKLD FL___          right thumb print

☐ NOTICE TO APPEAR          ☒ COMPLAINT AFFIDAVIT          ☐ ARREST REPORT

### CITY OF LAKELAND, COUNTY OF POLK, STATE OF FLORIDA:

The undersigned affiant swears that he/she has just and reasonable grounds to believe that on ___December 3, 2016___ at approximately ___6:34 PM___ in the vicinity of ___LAKELAND___ ___POLK___ County, Florida.

NAME ___TORGEMAN___   ___ASHER___ _____   ALIAS: _____
_____(LAST)_____   _____(FIRST)_____   _____(MIDDLE)_____

ADDRESS ___874 CHARLOTTE ST, LONGWOOD FL 32750-6362___          PHONE ___407-927-8444___

D.L. # ___T625-000-70-029-0___   ST ___FL___   SS# _____   DOB ___January 29, 1970___   R/S ___WM___

HT. ___6'0___  WT. ___200___  HAIR ___BLK___  EYES ___BRN___  POB ___ISRAEL___          MARITAL STATUS ___M___

SCARS _____   COMP ___LT___   BUILD ___THIN___  SPEECH ___ENG___  OCCUPATION ___SALES___

EMPLOYER ___DIXIE HERITAGE___          PHONE ___407-927-8444___

(JUV-PARENTS) _____          PHONE _____

committed the offense(s) of:

1. ___COUNTERFEITING A PRIVATE LABEL (38 COUNTS)___   FSS/MO/CO ___831.03(1)B___ Level/Degree ___M1___
2. _____   FSS/MO/CO _____ Level/Degree _____
3. _____   FSS/MO/CO _____ Level/Degree _____

Probable Cause:

-- SEE CONTINUATION --

Sworn to and subscribed before me, the undersigned authority, this ___February 20, 2017___

~~Deputy Clerk/Notary Public/LEO~~

Affiant

☒ Personally known

☐ Produced ID          Type: _____

Co-defendants: ___ALBERT "AVI" TOURGEMAN___

Victim: ___JESSE WELCH OBO FLOGROWN LLC___   ___6976 VENTURE CIR, ORLANDO FL 32807___   ___239-209-1045___
_____name_____   _____address_____   _____phone_____

Witness: ___RACHEL WRIGHT___   ___6976 VENTURE CIR, ORLANDO FL 32807___   ___239-287-2642___
_____name_____   _____address_____   _____phone_____

Witness: ___REBECCA GOODINE___   ___1707 REYNOLDS RD #18, LKLD FL 33801___   ___863-272-0925___
_____name_____   _____address_____   _____phone_____

### NOTICE TO APPEAR

I agree to appear in Court located at _____, Florida on _____ at _____ to answer the charge(s) in this complaint. I understand that a willful failure to appear will result in a warrant for my arrest and may be a new offense.

_____          _____

Date          Defendant

☐ NO BILL/PETITION          ☐ PROSECUTION APPROVED: _____

Assistant State Attorney

FILE

# Lakeland Police Department

AFFIDAVIT
CONTINUATION

Agency ORI
Number
FL0531200

Event Number

17-1727

## IN THE CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA
### PROBABLE CAUSE CONTINUATION

In December 2016, I was assigned an investigation in reference to an alleged counterfeiting of trademarked logos at the Dixie Heritage Store located at the Lakeland Square Mall, 3800 US Highway 98 North, Lakeland, Polk County, Florida. The complaint had been made by a former employee, Rebecca Goodine, who learned of the counterfeiting during the course of her employment and wished to report it.

Goodine advised she was employed at Dixie Heritage at the Lakeland Square Mall from approximately late September to December 8, 2016. During her employment, Goodine advised that she learned from the manager Patty (unknown last name) that some of the clothes were "fake". Goodine stated Patty told her that the Flogrown and the Southern Attitude brands primarily were printed on shirts, hoodies and onesies and brought into the store by Asher & brother Albert "Avi" Tourgeman. Goodine stated she never saw the fake logos being applied to clothing inside the store but knew that the items were being brought into the store after they were already printed.

Goodine advised that shortly before Christmas (later determined to be December 3, 2016 at 6:42 PM by the register receipts) she was working the register when a couple she described as being in their 20's came into the store. Goodine advised the couple (later determined to be FloGrown owner Jesse Welch and his girlfriend Rachel Wright) purchased over $800 worth of "fake" clothes which seemed strange to her. After the couple left, Goodine called her manager Patty to tell her about the strange purchase. Patty told Goodine to call the owner and tell him about the sale. Goodine called Avi, who is Asher's brother. Avi, (later identified as Albert Tourgeman via FLDL by Goodine) told Goodine he would call her back shortly. When Avi called Goodine back, Avi advised her that people were trying to say the business was printing fake merchandise. Shortly after hanging up with Avi, Asher's wife Yeniset Torgeman (aka Yeni), called Goodine back and advised her to take all of the "fake" merchandise off of the shelf and put it in the back. Goodine was then off for a couple of days. When she returned back to work, all of the fake merchandise that she removed from the shelves/racks two days prior were back on the sales floor. When Goodine asked Patty why the merchandise was back on the floor, Patty advised her "I just do what I'm told". Goodine stated she quit her job around 12/8/16 because she did not want to be associated with the counterfeit activity.

Goodine advised that when she went back to the store a few days later to get her last check, she was met by Asher Torgeman. Goodine stated Torgeman made her sign a document that stated she quit her job voluntarily. Torgeman also presented Goodine another document for her to sign that stated Goodine had not seen any fake merchandise in the store nor had she seen any fake merchandise being made. Goodine felt that if she did not sign the documents she would not have been given her last paycheck. Goodine signed the document in order to get her last check and left the store.

On or around 12/21/17, in an attempt to determine the validity of the complaint, I made contact with the owner of FloGrown LLC, Jesse Welch, via phone. I asked Welch if he had received any information that his products were being counterfeited and he stated he was aware. Welch advised me that was in the process of filing a civil lawsuit against Torgeman and was not aware that what Torgeman was doing was criminal, hence, he did not contact police. When I asked how he had

Sworn to and subscribed to me, the undersigned authority, this 20th Day of FEBRUARY 2017

~~DEPUTY CLERK/NOTARY PUBLIC~~
LAW ENFORCEMENT OFFICER

AFFIANT

Witness:

| NAME | ADDRESS | PHONE |

Witness:

| NAME | ADDRESS | PHONE |

FILE

# Lakeland Police Department

<table>
<tr><td>AFFIDAVIT<br>CONTINUATION</td><td></td></tr>
<tr><td>Agency ORI<br>Number<br>FL0531200</td><td>Event Number<br><br>17-1727</td></tr>
</table>

## IN THE CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT
## IN AND FOR POLK COUNTY, FLORIDA
## PROBABLE CAUSE CONTINUATION

come to learn his logo was being counterfeited, Welch then proceeded to tell me that he had friends call him and advise him that they had been in the Lakeland store and had seen the FloGrown logo printed on onesies. Welch advised he does not manufacture or sell onesies. Welch advised he and his girlfriend, Rachel Wright, had gone to the Lakeland store a couple weeks prior (later determined to be December 3, 2016 at 6:42 PM by the register receipts) to look at the merchandise in the store. Welch advised he located several items that he recognized to be counterfeit mixed in with the authentic merchandise. Welch advised the prices on the fake merchandise was slightly less than the authentic, however, they were being displayed as authentic. Welch even noticed one of his manufacturer hang tags had been applied to a counterfeit item. Welch and Wright gathered several items and purchased them from a female employee (later determined to be Rebecca Goodine). The total of four separate transactions was $811.70. There was a total of 38 pieces of merchandise that were purchased by Welch.

Welch advised Torgeman came to his warehouse on Saturday December 7, 2016 and stated "I know what you did" to Welch. Welch advised Torgeman further stated the store belongs to his brother and at best you have only a civil case. This statement led Welch to believe that Torgeman was well aware of what was going on inside his store by acknowledging that he had nothing more than a civil case against him.

On 1/27/17 I met with Welch and took custody of the 38 pieces of counterfeit merchandise. I photographed the items and placed them into Lakeland Police Department property and evidence. I also placed the audio of Welch's interview into evidence.

I located the Trademark information for FloGrown LLC (serial # 85319185, registration # 4207092) which shows actively registered since 9/11/2012.

During my investigation, I located a listing for Dixie Heritage LLC located at 3800 N. Rd 98 #126 being registered to Albert Tourjeman (different spelling, same address) at 874 Charlotte St, Longwood, FL 32750. I also located a newspaper article in the Orlando Sentinel, dated December 8, 2014 in which Asher Torgeman was giving an interview about his stores named as "Dixie Heritage". Based on this interview, it appears that although Torgeman is not the legal registered owner, he operates/manages the stores and represents them as his own. Given that Albert Tourgeman is the registered owner of the business and is responsible for the merchandise and sales within the store, I completed a complaint affidavit charging Albert "Avi" Tourgeman with 38 counts of Counterfeiting a private label. Given that Asher Torgeman and Albert "Avi" Tourgeman are brothers and act in concert in the ownership/managing of the store, it is my belief that both are involved and responsible for the merchandise coming in and the sales occurring from the store. Also, in Rebecca Goodine's taped sworn statement, Goodine advised that both "Avi" and "Asher" would bring in merchandise to the store that she later learned to be counterfeit. Due to their joint involvement, I completed complaint affidavits for Asher Torgeman and Albert Tourgeman charging them with 38 counts of Counterfeiting a private label for the products purchased from the Lakeland store and forwarded it to the State Attorney's Office for consideration for prosecution.

Sworn to and subscribed to me, the undersigned authority, this ████ 20th ████ Day of FEBRUARY 2017

_____
DEPUTY CLERK/NOTARY PUBLIC
LAW ENFORCEMENT OFFICER

_____
AFFIANT

Witness:
| NAME | ADDRESS | PHONE |

Witness:
| NAME | ADDRESS | PHONE |

FILE