Coleman W. Watson, Esq.
coleman@watsonllp.com
Leia V. Leitner, Esq.
leia@watsonllp.com
WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688
*Attorneys for Defendants, Dixie Heritage, LLC, Asher Torgeman, and Albert Tourgeman*

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

| | |
|---|---|
| FLOGROWN, LLC, | |
| Plaintiff/Counter-Defendant, | |
| vs. | Case No.: 6:17-cv-00983-GKS-GJK |
| DIXIE HERITAGE, LLC, ASHER TORGEMAN, AND ALBERT TOURGEMAN, | **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE** |
| Defendants/Counter-Plaintiffs. | |

Defendants, DIXIE HERITAGE, LLC, ALBERT TOURGEMAN, and ASHER TOURGEMAN, file this memorandum of law in opposition to the motion in limine, Doc. 90, served by Plaintiff, FLOGROWN, LLC, and in support thereof states as follows:

This trademark infringement matter has been pending since March 31, 2017. Doc. 1. Trial is set to begin hours from now, on December 3, 2018. On December 2, 2018 at 10:13 PM, within twelve (12) hours of the start of trial, Plaintiff filed its motion in limine directed to Defendants' counterclaim, seeking to exclude substantive evidence of defamation. *See* Doc. 90.

The motion is due to be denied for two procedural reasons, thus making it unnecessary to address its substantive flaws. First, the motions deadline in this case was July 16, 2018; so,

Plaintiff filed the motion approximately <u>five months</u> late.  *See* Doc. 39 at 2.  And not only has the motions deadline not been extended by the court, but the magistrate court already specifically declined to do so when Plaintiff made a prior request.  *See* Doc. 61.  Second, the local rules of this court require a movant to file a certificate of compliance that it has conferred in good faith with the opposing party before filing certain motions, including motions in limine.  *See* M.D. Fla. R. 3.01(g).  Plaintiff's motion contains no such certificate and, indeed, Plaintiff made no attempt whatsoever to confer in good faith with the undersigned before filing the motion.  Thus, the motion is due to be denied on these two procedural grounds.[1]

**WHEREFORE,** Defendants DIXIE HERITAGE, LLC, ALBERT TOURGEMAN, and ASHER TOURGEMAN, respectfully request entry of an order denying the motion in limine, Doc. 90, filed by Plaintiff, FLOGROWN, LLC.

**DATED** on December 3, 2018

Respectfully submitted,

WATSON LLP

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
         docketing@watsonllp.com
**Leia V. Leitner, Esq.**
Florida Bar No. 0105621
Email**:** leia@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue

---

[1] Defendants do not concede that the motion has any substantive merit.  In fact, even if the motion were otherwise procedurally appropriate, it still must be denied because a court cannot resolve substantive issues, as here, in limine.  *See Variable Annuity Life Ins. Co. v. Laeng*, No. 8:12-cv-2280-T-33MAP, 2013 WL 3992418, at *3 (M.D. Fla. Aug. 2, 2013) ("[T]he Court is not inclined to entertain a motion in limine seeking resolution of arguments suitably raised in a summary judgment motion.").

MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE -2
Case No.: 6:17-cv-00983-GKS-GJK

WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634

Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Defendants, Dixie Heritage, LLC, Asher Torgeman, and Albert Tourgeman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2018, pursuant to Fed. R. Civ. P. 5(d)(3), I filed the foregoing document electronically with this court's CM/ECF system, which will serve an electronic copy of the foregoing document on the following counsel of record in this proceeding:

Andrew Rapacke
The Rapacke Law Group, P.A.
950 S. Pine Island Road
Ste A-150
Plantation, FL 33324
andy@arapackelaw.com

Ben Bedrava
The Rapacke Law Group, P.A.
950 S. Pine Island Road
Ste A-150
Plantation, FL 33324
ben@arapackelaw.com

Attorneys for FloGrown, LLC

*/s/ Coleman Watson*
Coleman W. Watson, Esq.

MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE -3
Case No.: 6:17-cv-00983-GKS-GJK