UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLOGROWN, LLC,**

        Plaintiff,

v.                         Case No: 6:17-cv-983-Orl-18GJK

**DIXIE HERITAGE, LLC, ASHER
TORGEMAN and ALBERT TOURGEMAN,**

        **Defendants.**

___

## ORDER

This cause came on for consideration without oral argument on Plaintiff Flogrown, LLC's Corrected Motion for Rule 11 Sanctions (the "Motion") (Doc. 114), to which Defendants Dixie Heritage, LLC, Asher Torgeman, and Albert Tourgeman filed a response in opposition (Doc. 123), and Plaintiff filed a reply (Doc. 131). On April 10, 2019, the United States Magistrate Judge entered a report and recommendation (the "Report and Recommendation") (Doc. 137) recommending that the Motion be denied. (*Id.* at 10.) After review of the Report and Recommendation (Doc. 137), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 137) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Flogrown, LLC's Corrected Motion for Rule 11 Sanctions (Doc. 114) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, this ___ day of April, 2019.

                                            G. KENDALL SHARP
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record