UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLOGROWN, LLC,

   Plaintiff,

v.                                              Case No: 6:17-cv-983-Orl-18GJK

DIXIE HERITAGE, LLC, ASHER
TORGEMAN and ALBERT TOURGEMAN,

   Defendants.
_____

## ORDER

This cause came on for consideration without oral argument on Defendants Dixie Heritage, LLC, Asher Torgeman, and Albert Tourgeman's (collectively, the "Defendants") Supplemental Motion for Attorneys' Fees and Taxable Costs (the "Motion") (Doc. 139), to which Plaintiff Flogrown, LLC responded in opposition (Doc. 143). On June 11, 2019, the United States Magistrate Judge entered a report and recommendation (the "Report and Recommendation") (Doc. 146) recommending that the Motion be denied. (*Id.* at 3.) After review of the Report and Recommendation (Doc. 146), and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 146) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendants' Supplemental Motion for Attorneys' Fees and Taxable Costs (Doc. 139) is **DENIED**.

**DONE and ORDERED** in Orlando, Florida, this ___11___ day of July, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record